**WHOLE COURT**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 11, 2017**

# In the Court of Appeals of Georgia

A15A1491. GOLDSTEIN, GARBER & SALAMA, LLC v. J. B.

MCFADDEN, Presiding Judge.

In *Goldstein, Garber & Salama, LLC v. J. B.*, 335 Ga. App. 416 (779 SE2d 484) (2015), we affirmed the trial court's denial of the appellant/defendant's motion for a directed verdict following a jury verdict in favor of the appellee/plaintiff. In *Goldstein, Garber & Salama, LLC v. J. B.*, 300 Ga. 840 (797 SE2d 87) (2017), the Supreme Court of Georgia reversed our decision. Therefore, we vacate our earlier opinion, we adopt in its place the Supreme Court's opinion in *Goldstein, Garber & Salama, LLC v. J. B.*, 300 Ga. 840, and we reverse the judgment below.

*Judgment reversed. Dillard, C. J., Barnes, P. J., Ellington, P. J., Ray, McMillian and Reese, JJ., concur.*